SUCESIÓN COLLAZO, ETC., DEMANDANTE Y APELADA, *v.* RIVERA ESBRÍ ET AL., DEMANDADOS Y APELANTE EL PRIMERO.

APELACIÓN procedente de la Corte de Distrito de Ponce en pleito sobre cobro de pesos.

No. 1806.—Resuelto en abril 11, 1918.

COBRO DE DINERO—DEUDA PROCEDENTE DE INTERESES.—Cuando la suma exigida es una deuda vencida, procedente de intereses, y que fué reclamada y reconocida por los deudores, su importe perdió su carácter especial de intereses y llegó a ser lo mismo que cualquier otra deuda.

INTERÉS EN LA ACCIÓN—PESO DE LA PRUEBA.—La cuestión del interés que una persona pueda tener en un pleito atiende al peso de la prueba y no a su fuerza probatoria.

Los hechos están expresados en la opinión.

Abogado del apelante: *Sr. Gustavo Rodríguez.*

Abogado de la apelada: *Sr. R. Martínez Nadal.*

EL JUEZ ASOCIADO SR. WOLF, emitió la opinión del tribunal.

A fin de sostener que ha habido error en este caso, el apelante insiste en que el demandante no tenía derecho para cobrar intereses sobre intereses y se apoya en el artículo 1076 del Código Civil, que prescribe que:

''Los intereses vencidos devengan el interés legal desde que son judicialmente reclamados, aunque la obligación haya guardado silencio sobre este punto.''

En este caso, sin embargo, la suma reclamada era una deuda vencida, procedente de intereses, y que entonces fué reclamada y reconocida por los deudores, así que su importe perdió su carácter especial de intereses y llegó a ser lo mismo que cualquiera otra deuda, siendo de aplicación el artículo 1067 que reza. así:

"Incurren en mora los obligados a entregar o hacer alguna cosa desde que el acreedor les exija judicial o extrajudicialmente el cumplimiento de su obligación."

Se presentó prueba suficiente para probar la existencia del requerimiento de pago de esa deuda, aún cuando esa prueba la aportó una parte interesada. La cuestión del interés que una persona pueda tener en un pleito atiende al peso de la prueba y no a su fuerza probatoria. En ausencia de toda objección especial, de la demanda aparece lo suficiente para justificar la concesión de los intereses sobre la deuda que en la misma se alega.

Es de confirmarse la sentencia recurrida.

*Confirmada la sentencia apelada.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados del Toro, Aldrey y Hutchison.